IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RICKY LARRISON, | ) |
| | ) |
|       Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 12−cv−0077−JPG−SCW |
| | ) |
| URS CORP., et al., | ) |
| | ) |
|       Defendants. | ) |

# ORDER

**WILLIAMS, Magistrate Judge:**

On June 12, 2012, the Court held a telephonic discovery dispute hearing in the above-captioned case. Appearing for Plaintiff: Michael Miles; for Defendants: Charles Reis. The following summarizes the Court's orders, which are explained in detail in the hearing transcripts.

- Though the Plaintiff's responses to interrogatories and requests for production were not timely, they were returned to Defendant shortly after the parties informally discussed their untimeliness. The Court will not deem any of Plaintiff's objections to be waived because of untimeliness.

- Plaintiff's objection to Defendant's Requests for Production (other than No. 60 and No. 61): Overruled. Should the Plaintiff come into possession of any other responsive documents, he is obliged to provide them.

- Plaintiff's objection to Interrogatory No. 16 is overruled. Plaintiff has 10 days (up to and including 6/22/2012) to supplement his response to Interrogatory No. 16.
- Plaintiff's objection to Interrogatory No. 18 is overruled. Plaintiff has until 6/22/2012 to supplement his response to Interrogatory No. 18 with information related to his ironworking employment.

- Regarding Plaintiff's objections to disclosure of psychological history (RFP 61 and Interrogatory No. 17), Plaintiff's objections are sustained *without prejudice*.

- Regarding Plaintiff's objections to disclosure of physical injury / medical records (RFP 60), the objections are sustained without prejudice to Defendant to raise the issue at a later time.

- Plaintiff's objections to Interrogatories 19 and 20 are overruled in part. Plaintiff will provide employment application authorization for DK Construction Co. on or before 6/22/2012.

**IT IS SO ORDERED.**
**DATE: June 12, 2012**

*/s/ Stephen C. Williams*
STEPHEN C. WILLIAMS
United States Magistrate Judge